# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN FREEMAN, | ) | CASE NO. 4:17-cv-1030 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| CARE4ME SKILLED LLC, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

This case, having been settled by agreement of the parties, is hereby dismissed. Each party shall pay its own costs. Any and all releases, agreements or judgment entries necessary to comply with this settlement shall be executed by the interested parties.

A final agreed entry, approved by counsel for all parties, shall be filed with the Court on or before June 22, 2018.

This case is hereby closed.

**IT IS SO ORDERED**.


Dated: May 23, 2018

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**